# United States Bankruptcy Court
## for the District of Columbia

FILED

SEP 2 8 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

In Re:

Suitland East 2002 Tenants
Association, Inc.

                              Debtor(s)

Case Number:  05-808

CASE NUMBER  1:05CV01911

JUDGE: Reggie B. Walton

DECK TYPE: General Civil

DATE STAMP: 09/28/2005

**TO:    Clerk, U.S. District Court for the District of Columbia**

Transmitted herewith is the **Notice of Appeal** in the above-captioned adversary proceeding.
Included in the transmittal is a copy of order being appealed and a certified copy of the docket
sheet.

**Documents related to the appeal include:**

| DE# | Document | Filer |
|-----|----------|-------|
| 53 | Order on Motion for Relief from Stay | S. Martin Teel, Jr., Bankruptcy Judge |
| 60 | Notice of Appeal | Suitland East 2002 Tenants Association, Inc. |
| 65 | Designation of Record | Suitland East 2002 Tenants Association, Inc. |
| 77 | Designation of Record | Elite Funding Corp. |

**Other comments:**

**Other comments:**

**The parties to the order appealed and their respective attorneys are as follows:**

| Appellant/Plaintiff | Attorney |
|---|---|
| Suitland East 2002 Tenants Association, Inc. | John J. Brennan, III<br>Robert C. Cooper<br>Jackson & Campbell, P.C.<br>1120 20th Street, NW<br>South Tower - Suite 300<br>Washington, DC 20036 |
| **Appellee/Defendant** | **Attorney** |
| Elite Funding Corp. | Aryeh E. Stein<br>Whiteford, Taylor & Preston, LLP<br>Seven Saint Paul Street<br>Suite 1400<br>Baltimore, MD 21202 |

Denise H. Curtis, Clerk

Teresa Gumiel
Deputy Clerk

Dated: September 28, 2005

Please return a copy of this transmittal with the following information:

District Court Case Number:
Judge Assigned:
Date Stamp:

*[Affix Label Here]*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:                              )
                                    )
Suitland East 2002 Tenants          )      Case No. 05-00808
Association, Inc.,                  )
                                    )
                Debtor.             )

**FILED**

JUL 15 2005

Denise H. Curtis, Clerk
U.S. Bankruptcy Court for D.C.

NOTICE OF APPEAL

Suitland East 2002 Tenants Association, the Appellant Debtor appeals under 28 U.S.C. § 158(a) or (b) from the order of the Bankruptcy Court granting Elite Funding's Motion to Lift Stay entered in this Bankruptcy case and docketed on the 5th day of July, 2005.

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows: Elite Funding Corp., Aryeh E. Stein, Esq., Whiteford, Taylor & Preston, LLP Seven Saint Paul Street, Suite 1400 Baltimore, MD 21202-1626, 410-347-8700.

Dated July 15, 2005

Respectfully submitted,

JACKSON & CAMPBELL, P.C.

By: _____
John J. Brennan, III
Robert C. Cooper
1120 20th Street, N.W.
South Tower – Suite 300
Washington, DC 20036
(202) 457-1600

Counsel for Debtor

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of July, 2005, a copy of the foregoing Notice

of Appeal was served via first-class mail, postage prepaid on:

Aryeh E. Stein, Esq.
Whiteford, Taylor & Preston, LLP
Seven Saint Paul Street, Suite 1400
Baltimore, MD  21202-1626
Counsel for Elite Funding Corp.


Lewis I. Winarsky, General Counsel
101 Constitution Avenue, NW
Washington, DC  20080
Counsel for Washington Gas Light Company

U.S. Department of Justice
Office of the United States Trustee
Eastern District of Virginia, Alexandria Division & District of Columbia
Dennis J. Early, Asst. U.S. Trustee
Martha Davis, Trial Attorney
115 S. Union Street, Suite 210
Alexandria, VA  22314

DC Government, WASA
5000 Overlook Avenue, SW
Washington, DC  20032

PEPCO
701 Ninth Street, N.W.
Washington, DC

DC Government, Office of Tax & Revenue
941 North Capitol Street, NE, 1st Floor
Washington, DC 20002

Kevin Kane, Esq.
7700 Old Georgetown Road, Suite 550
Bethesda, MD 20814
Counsel for Dreyfuss Management, LLC

The Jason Corporation, Receiver
4420 Connecticut Avenue, N.W.
Suite 200
Washington, DC  20008

John J. Brennan, III

ORDER GRANTING MOTION BUT WITH A RULE 4001(a)(3)
STAY  Pursuant to an oral decision of today, it is
ORDERED that, with the paragraph addressing Rule
4001(a)(3) stricken, the order below is signed, and
the order is stayed for 10 days after entry pursuant
to Rule 4001(a)(3).  Dated: July 1, 2005.



_S. Martin Teel, Jr._
S. Martin Teel, Jr.
United States Bankruptcy Judge


## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **In re:** | * | **Chapter 11** |
| **SUITLAND EAST 2002 TENANTS ASSOCIATION, INC.** | * | **Case No.: 05-00808** |
| Debtor. | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

| | |
|---|---|
| **ELITE FUNDING CORPORATION** | * |
| Movant | * |
| v. | * |
| **SUITLAND EAST 2002 TENANTS ASSOCIATION, INC.** | * |
| Respondent | * |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

### ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY

Upon consideration of Elite Funding Corporation's Motion for Relief From Automatic

Stay (the "Motion"), the Court having read and considered same, and the Court having

√3

determined that the relief requested should be granted, it is therefore, by the United States

Bankruptcy Court for the District of Columbia

ORDERED that all capitalized terms not defined herein shall have the meanings ascribed

to them in the Motion; and it is further

ORDERED that the Motion be and it hereby is granted; and it is further

ORDERED that the automatic stay of 11 U.S.C. § 362 is hereby lifted with respect to the

Property and all other collateral of Elite; and it is further

ORDERED that Elite is entitled to exercise all of its rights under applicable state law

with respect to the Property and all other collateral of Elite; and it is further

ORDERED that this Order shall be effective immediately upon entry and FED. R. BANKR.

P. 4001(a)(3) shall not be applicable hereto; and it is further

ORDERED that this Court shall, and hereby does, retain jurisdiction with respect to all

matters arising from or related to the implementation of this Order.

END OF ORDER

cc:

Martin T. Fletcher, Esquire
Aryeh E. Stein, Esquire
Whiteford, Taylor & Preston, L.L.P.
Seven Saint Paul Street, Suite 1400
Baltimore, Maryland 21202

John J Brennan, III, Esquire
Jackson & Campbell, P.C.
1120 20th St., NW
Suite 300 South
Washington, DC 20036-3437

Office of the United States Trustee
115 South Union Street
Suite 210 Plaza Level
Alexandria, VA 22314

2

D.C. Office of Tax and Revenue
941 N Capitol St, NE, 1st Floor
Washington, DC 20002

D.C. Government, WASA
5000 Overlook Avenue, SW
Washington, DC. 20032

PEPCO
701 Ninth Street, N.W.
Washington, DC

Washington Gas & Light Company
6801 Industrial Road
Springfield, VA 22151

Suitland East 2002 Tenants Association, Inc.
3101 Naylor Road, S.E.
Washington, DC 20020

*1620187v3*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA  **FILED**

JUL 25 2005

Denise H. Curtis, Clerk
Bankruptcy Court for D.C.

In re:                                          )
                                                )
Suitland East 2002 Tenants                      )        Case No. 05-00808
Association, Inc.,                              )
                                                )
                Debtor.                         )

### Appellant's Designation of Record and Statement of Issues

Suitland East 2002 Tenants Association, the Appellant Debtor, designated the
following items for the appeal:

1.      Elite Funding Corporation's Motion for Relief From Automatic Stay (June 1,
        2005)
2.      Elite Funding Corporation Memorandum in support of Motion for Relief from
        Automatic Stay (June 30th, 2005)
3.      Debtor's Opposition to Motion for Relief (June 14th, 2005)
4.      Court's Order Granting Relief
5.      All admitted Movant/Creditor Exhibits
6.      Transcript of Hearings:  June 23rd, June 24th and July 1st, 2005

The following issues are presented for review:

1.      Where the Promissory Note and Purchase Money Deed of Trust relied upon by
        the Movant secured the cost of SETA purchasing the property but contained no
        reference to further funding for construction costs, did the Court err in holding
        that a common covenant clause had the effect of adding nearly $2,000,000 in
        construction costs to the amount secured by the Purchase Money Deed of Trust,
        an assertion first made by Elite's on the morning of the second day of the
        hearing, after the Court had rejected the argument that the funds were to
        "preserve and protect" the Property?
2.      Where the Motion for Relief made no claim that the additional construction costs
        were secured by the Purchase Money Deed of Trust or otherwise, and the
        Motion specifically states that "the Debtor owes Elite an additional $2,101,989.36
        pursuant to a Development Agreement", did the Court err in permitting the
        Movant to offer evidence and argument that the additional funds nevertheless
        were secured by the Purchase Money Deed of Trust?
3.      Where the Motion for Relief made no claim that the additional construction costs
        were secured by the Purchase Money Deed of Trust or otherwise, did the Court
        err in ruling that the Creditor could make arguments and introduce evidence on
        theories such as:  The construction costs were for "preserving and protecting" the



Property; that Elite "understood" that the construction costs were secured; that the Development Agreement, which was to govern the relation between SETA and the Tenacity Group, of which Elite was a part, was another "security under which the construction costs were paid?

4. Where the Tenants had organized SETA, SETA had contracted to purchase the property in March of 2003, and where SETA chose the Tenacity Group, of which Elite is a part, to be the Developer, and where SETA and Elite (as part of the Tenacity Group) entered into a "Development Agreement" dated October 28th, 2003 under which SETA and Tenacity would develop the property together, an agreement which contains no reference to using a Deed of Trust as security for renovation costs, did the Court err in rejecting SETA's argument that, on its face, the Development Agreement, if enforceable, created a partnership or joint venture between SETA and Elite/Tenacity under which Tenacity was an unsecured creditor as to the construction costs advanced under the Development Agreement?

5. Did the Court err in denying SETA's motion for a brief continuance to present evidence of a reasonable prospect of reorganization, where SETA had been handicapped by lack of access to documents?

6. Did the Court err in admitting hearsay testimony regarding one half of an overheard conversation in ruling the Elite did not waive alleged defaults?

7. Did the Court err in accepting testimony from Elite's representative that the construction cost funds were advanced from the same account as the Purchase Money funds, where the witness was unable to identify the account and did not prepare the summary relied upon?

8. Where neither the Development Agreement nor any other document imposed upon SETA the obligation to file a Public Offering Statement (POS); where SETA nevertheless timely provided an executed POS according to Movant's uncontroverted evidence, did the Court err in permitting Elite to introduce evidence of such alleged default?

9. Even if SETA defaulted under the Development Agreement, did the Court err in concluding that, as a result, the Purchase Money Deed of Trust, which secured a Promissory Note for $2,500,000, somehow also secured the additional 2,000,000 for construction?

10. If the Development Agreement contained no agreement at all on many material terms and was therefore unenforceable, did the Court err in permitting Elite to enforce it nonetheless by holding that the Purchase Money Deed of Trust secured both the construction advances and SETA's performance under the unenforceable Development Agreement?

11. Did the Court err in admitting as business record exceptions to the hearsay rule various summaries of underlying but not proffered records, where the witness introducing the summaries did not prepare them, did not testify that they were business records kept in ordinary course and could only assert that the persons who prepared the summaries were reliable?

12. Did the Court err in admitting the opinion of the appraiser when the appraiser admitted that a building approved for condominium conversion by tenant vote was more valuable than a rental property and also admitted that he was aware of

the vote and the Development Agreement but ignored them in his Appraisal; where he based his appraisal on rents but made no effort to determine what the legal rent ceilings were and whether rents could be raised?

Dated July 15, 2005

Respectfully submitted,

JACKSON & CAMPBELL, P.C.

By: _____
John J. Brennan, III
Robert C. Cooper
1120 20th Street, N.W.
South Tower – Suite 300
Washington, DC 20036
(202) 457-1600

Counsel for Debtor

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of July, 2005, a copy of the foregoing

Designation and Statement was served via first-class mail, postage prepaid on:

> Aryeh E. Stein, Esq.
> Whiteford, Taylor & Preston, LLP
> Seven Saint Paul Street, Suite 1400
> Baltimore, MD  21202-1626
> Counsel for Elite Funding Corp.

> Lewis I. Winarsky, General Counsel
> 101 Constitution Avenue, NW
> Washington, DC  20080
> Counsel for Washington Gas Light Company

> U.S. Department of Justice
> Office of the United States Trustee
> Eastern District of Virginia, Alexandria Division & District of Columbia
> Dennis J. Early, Asst. U.S. Trustee
> Martha Davis, Trial Attorney
> 115 S. Union Street, Suite 210
> Alexandria, VA  22314

> DC Government, WASA
> 5000 Overlook Avenue, SW
> Washington, DC  20032

> PEPCO
> 701 Ninth Street, N.W.
> Washington, DC

> DC Government, Office of Tax & Revenue
> 941 North Capitol Street, NE, 1st Floor
> Washington, DC 20002

Kevin Kane, Esq.
7700 Old Georgetown Road, Suite 550
Bethesda, MD 20814
Counsel for Dreyfuss Management, LLC

The Jason Corporation, Receiver
4420 Connecticut Avenue, N.W.
Suite 200
Washington, DC  20008

_____
John J. Brennan, III

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

In re:                                    *        **Chapter 11**

**SUITLAND EAST 2002**                    *        **Case No.: 05-00808**
**TENANTS ASSOCIATION, INC.**
                                          *
        **Debtor.**
                                          *

    *       *       *       *       *     *   *   *   *   *   *   *
                                          *

**ELITE FUNDING CORPORATION**             *

        **Appellee**                      *

v.                                        *

**SUITLAND EAST 2002**                    *
**TENANTS ASSOCIATION, INC.**
                                          *
        **Appellant**                     *

    *   *   *   *   *   *   *   *   *   *   *   *   *


### APPELLEE'S DESIGNATION OF ADDITIONAL ITEMS
### TO BE INCLUDED IN RECORD ON APPEAL


    Appellee Elite Funding Corporation, pursuant to FED. R. BANKR. P. 8006, designate the

following additional items to be included in the record on appeal:

| DATE | DOCKET NO. | DESCRIPTION |
|------|-----------|-------------|
| 6/1/2005 | 14 | Motion for Relief from Automatic Stay of Elite Funding Corporation.[1] |
| 6/22/2005 | 34 | Emergency Motion in Limine of Elite Funding Corporation. |
| 6/30/2005 | 50 | Memorandum in Support of Motion for Relief from Automatic Stay of Elite Funding Corporation.[1] |

---

[1] This item was included in the Appellant's Designation of Record and Statement of Issues, but is included herein to provide the Court with the item's docket number, where available.

| 7/05/2005 | 54 | Order Dismissing as Moot the Emergency Motion in Limine of Elite Funding Corporation. |
| 7/26/2005 | 74 | Transcript of June 23, 2005 Hearing.[1] |
| 7/26/2005 | 76 | Transcript of June 24, 2005 Hearing (misidentified in Court's docket as "Transcript of Hearing Held 7/26/2005").[1] |
| | | Transcript of July 1, 2005 Hearing.[1] |

Respectfully submitted,

/s/ Aryeh E. Stein
Aryeh E. Stein, DC Bar No. 475591
Paul M. Nussbaum, Esquire
Martin T. Fletcher, Esquire
Whiteford, Taylor & Preston, L.L.P.
Seven Saint Paul Street, Suite 1400
Baltimore, Maryland 21202

Counsel for Elite Funding Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of August, 2005, I served a copy of the foregoing pleading via first class mail, postage prepaid, to:

John J. Brennan, III, Esquire
Jackson & Campbell, P.C.
1120 20th St., NW
Suite 300 South
Washington, DC 20036-3437

Office of the United States Trustee
115 South Union Street
Suite 210 Plaza Level
Alexandria, VA 22314

/s/ Aryeh E. Stein
Aryeh E. Stein

*1632135*

- 2 -

PlnDue, DsclsDue, APPEAL, DISMISSED

# U.S. Bankruptcy Court
## United States Bankruptcy Court for the District of Columbia
### (Washington, D.C.)
### Bankruptcy Petition #: 05-00808
### Internal Use Only

*Assigned to:* Bankruptcy Judge S. Martin Teel, Jr.
Chapter 11
Voluntary
Asset

*Date Filed:* 05/23/2005
*Date Dismissed:* 09/07/2005

**Suitland East 2002 Tenants Association, Inc.**
3101 Nayloor Road, SE
Washington, DC 20020
*Debtor In Possession*

represented by **Janet M. Nesse**
Stinson, Morrison & Hecker LLP
1150 18th St., NW
Suite 800
Washington, DC 20036
202-785-9100
Email:
jnesse@stinsonmoheck.com

**John J Brennan, III**
1120 20th St., NW
Suite 300 South
Washington, DC 20036-3437
(202) 457-1600

| Filing Date | # | Docket Text |
|---|---|---|
| 05/23/2005 | 1 | Chapter 11 Voluntary Petition. Fee Amount $839 Filed by Suitland East 2002 Tenants Association, Inc. Chapter 11 Plan due by 9/20/2005. Disclosure Statement due by 9/20/2005. Schedules A-J due 6/7/2005. Statement of Financial Affairs due 6/7/2005. Attorney Fee Disclosure (2016(b)) due 6/7/2005. Incomplete Filings due by 6/7/2005. Government Proof of Claim due by 11/21/2005. (tg) (Entered: 05/23/2005) |

| 05/23/2005 | 2 | Notice of Appearance and Request to Add Attorney Filed by Elite Funding Corporation. (Stein, Aryeh) (Entered: 05/23/2005) |
|---|---|---|
| 05/23/2005 | 3 | Receipt of Chapter 11 Filing Fee - $839.00 by TG. Receipt Number 00065288. Payment received from JACKSON AND CAMPBELL. (Entered: 05/23/2005) |
| 05/23/2005 | 4 | List of Creditors Filed by Suitland East 2002 Tenants Association, Inc. . (ls) (Entered: 05/24/2005) |
| 05/23/2005 | 5 | Debtor's Mailing Matrix and Verification Filed by Suitland East 2002 Tenants Association, Inc.. (ls) (Entered: 05/24/2005) |
| 05/24/2005 |  | U. S. Trustee for Region Four, has been Added as an Interested Party in this Newly Filed Bankruptcy Case. (ls) (Entered: 05/24/2005) |
| 05/24/2005 | 6 | Order to File Schedules or Statement of Financial Affairs Order entered on 5/24/2005. (ls) (Entered: 05/24/2005) |
| 05/24/2005 | 7 | Order Directing Debtor's Attorney to File Rule 2016(B) Statement (Related Document(#:1 Chapter 11 Voluntary Petition); Order entered on 5/24/2005.Attorney Fee Disclosure (2016(b)) due 6/8/2005. (ls) Modified on 5/24/2005 CORRECTIVE ENTRY: DISREGARD THIS DOCKET ENTRY. PLEASE SEE ENTRY NO. 8 (mw). (Entered: 05/24/2005) |
| 05/24/2005 | 8 | Order Directing Debtor's Attorney to File Rule 2016(B) Statement (Related Document(s) #:1 Chapter 11 Voluntary Petition); Order entered on 5/24/2005. Attorney Fee Disclosure (2016(b)) due 6/8/2005 for 1, . (ls) (Entered: 05/24/2005) |
| 05/24/2005 | 9 | Notice to Party Filing Deficient Bankruptcy Case (Re: Related Document #:1 Chapter 11 Voluntary Petition); Case Opening Deficiencies due by 5/31/2005; Corporate Resolution and Statement regarding Authority to File Petition not filed. (ls) (Entered: 05/24/2005) |

| 05/26/2005 | ●10 | BNC Certificate of Mailing - Order. (Re: Related Document(s) #:6 Order to File Schedules or Statement of Financial Affairs) No. of Notices: 2. Service Date 05/26/2005. (Admin.) (Entered: 05/27/2005) |
|---|---|---|
| 05/26/2005 | ●11 | BNC Certificate of Mailing - Order. (Re: Related Document(s) #:8 Order Directing Debtor's Attorney to File Rule 2016(B) Statement) No. of Notices: 5. Service Date 05/26/2005. (Admin.) (Entered: 05/27/2005) |
| 05/31/2005 | 12 | Statement of Tax ID Number - (Form B-21) Filed by Suitland East 2002 Tenants Association, Inc. . (ls) (Entered: 05/31/2005) |
| 05/31/2005 | ●13 | Corporate Resolution Filed by Debtor In Possession Suitland East 2002 Tenants Association, Inc. (Re: Related Document #:1 Chapter 11 Voluntary Petition) (ls) (Entered: 05/31/2005) |
| 05/31/2005 |  | Deadlines Terminated. (ls) (Entered: 05/31/2005) |
| 06/01/2005 | ●14 | Motion for Relief from Stay. Fee Amount $150, Filed by Elite Funding Corporation (Attachments: # 1 Exhibit A# 2 Exhibit B - part one# 3 Exhibit B - part two# 4 Exhibit C# 5 Exhibit D, Exhibit E, Exhibit F and Exhibit G# 6 Proposed Order) (Stein, Aryeh) (Entered: 06/01/2005) |
| 06/01/2005 | 15 | Receipt of Motion for Relief From Stay(05-00808) [motion,mrlfsty] ( 150.00) Filing Fee. Receipt number259486. Fee Amount 150.00 (U.S. Treasury) (Entered: 06/01/2005) |
| 06/01/2005 | ●16 | Notice of Opportunity to Object *to Motion for Relief From Stay* Filed by Elite Funding Corporation. (Re: Related Document(s) #:14 Motion for Relief From Stay,.) Objections due by 6/13/2005. (Stein, Aryeh) (Entered: 06/01/2005) |
| 06/02/2005 | ● | ELECTRONIC DEFICIENCY NOTICE. Filer is hereby notified that the document entry linked hereto contains an error which requires corrective action. THIS MOTION REQUIRES A NOTICE OF HEARING. YOU MAY |

| | | |
|---|---|---|
| | | OBTAIN AVAILABLE HEARING DATES FOR MOTIONS TO LIFT STAY AT THIS COURT'S WEBSITE, WWW.DCB.USCOURTS.GOV. (Re: Related Document(s) #:14 Motion for Relief From Stay, ) YOU HAVE UNTIL 6/6/2005 TO CORRECT THIS DEFICIENCY. IF YOU FAIL TO DO SO, THE SUBMISSION MAY BE STRICKEN. (tg) (Entered: 06/02/2005) |
| 06/02/2005 | | ELECTRONIC DEFICIENCY NOTICE. Filer is hereby notified that the document entry linked hereto contains an error which requires corrective action. THE PROPOSED ORDER WAS NOT UPLOADED. ALSO, PLEASE REMEMBER THAT THE ORDER MUST HAVE A MARGIN OF AT LEAST 4" AT THE TOP OF THE FIRST PAGE. PLEASE CLICK ON THE BANKRUPTCY MENU THEN CLICK ON ORDER UPLOAD AND PROCEED TO UPLOAD YOUR PROPOSED ORDER. (Re: Related Document(s) #:14 Motion for Relief From Stay, ) YOU HAVE UNTIL 6/6/2005 TO CORRECT THIS DEFICIENCY. IF YOU FAIL TO DO SO, THE SUBMISSION MAY BE STRICKEN. (tg) (Entered: 06/02/2005) |
| 06/02/2005 | 17 | Notice of Hearing Scheduled for 06/23/05. Filed by Elite Funding Corporation. (Re: Related Document(s) #:14 Motion for Relief From Stay,.) (Stein, Aryeh) (Entered: 06/02/2005) |
| 06/02/2005 | 18 | Motion to Prohibit Use of Cash Collateral Filed by Elite Funding Corporation (Attachments: # 1 Exhibit A# 2 Exhibit B - part one# 3 Exhibit B - part two# 4 Exhibit C# 5 Exhibit D, Exhibit E, Exhibit F and Exhibit G# 6 Proposed Order) (Stein, Aryeh) (Entered: 06/02/2005) |
| 06/02/2005 | 19 | Notice of Hearing Scheduled for 6/6/05. Filed by Elite Funding Corporation. (Re: Related Document(s) #:18 Motion to Prohibit Cash Collateral,.) (Stein, Aryeh) (Entered: 06/02/2005) |
| 06/02/2005 | 20 | Certificate of Service (Supplemental) Filed by Elite Funding Corporation. (Re: Related Document(s) #:14 |

| | | |
|---|---|---|
| | | Motion for Relief From Stay,, <u>16</u> Notice of Opportunity to Object (11 Days)., <u>17</u> Notice of Hearing, <u>18</u> Motion to Prohibit Cash Collateral,, <u>19</u> Notice of Hearing.) (Stein, Aryeh) (Entered: 06/02/2005) |
| 06/03/2005 | ✪ | Hearing Scheduled (Re: Related Document(s) #:<u>14</u> Motion for Relief From Stay, ) Hearing scheduled for 6/23/2005 at 02:00 PM Courtroom 24. (sm) (Entered: 06/03/2005) |
| 06/03/2005 | ✪ | Hearing Scheduled (Re: Related Document(s) #:<u>18</u> Motion to Prohibit Cash Collateral Filed by Elite Funding Corporation ) Hearing scheduled for 6/6/2005 at 10:30 AM Courtroom 24. (sm) (Entered: 06/03/2005) |
| 06/03/2005 | ✪ | ELECTRONIC DEFICIENCY NOTICE. Filer is hereby notified that the document entry linked hereto contains an error which requires corrective action. THE PROPOSED ORDER MUST HAVE A MARGIN OF AT LEAST 4" AT THE TOP OF THE FIRST PAGE. PLEASE RESUBMIT THE PROPOSED ORDER IN THE REQUIRED FORMAT. (Re: Related Document(s) #:<u>14</u> Motion for Relief From Stay ) YOU HAVE UNTIL 6/6/2005 TO CORRECT THIS DEFICIENCY. IF YOU FAIL TO DO SO, THE SUBMISSION MAY BE STRICKEN. (tg) (Entered: 06/03/2005) |
| 06/03/2005 | | Flags Set-Reset. Terminated hearing flag. (tg) (Entered: 06/03/2005) |
| 06/03/2005 | | Deadlines Terminated. A properly formatted proposed order was uploaded in compliance with a deficiency notice. (tg) (Entered: 06/03/2005) |
| 06/06/2005 | ✪<u>21</u> | Hearing Held (Re: Related Document(s) #:<u>18</u> Motion to Prohibit Use of Cash Collateral Filed by Elite Funding Corporation ) (sm) (Entered: 06/06/2005) |
| 06/06/2005 | ✪<u>22</u> | Order Prohibiting Debtor's Unauthorized Use of Cash Collateral (Related Document #: <u>18</u>) Entered on 6/6/2005. (tg) (Entered: 06/06/2005) |
| 06/07/2005 | ✪<u>24</u> | Schedules A-J (unsigned) Filed by Suitland East 2002 |

| | | Tenants Association, Inc. (Re: Related Document #:1 Chapter 11 Voluntary Petition) (ls) (Entered: 06/09/2005) |
|---|---|---|
| 06/07/2005 | ●25 | Statement of Financial Affairs (unsigned) Filed by Suitland East 2002 Tenants Association, Inc. (Re: Related Document #:1 Chapter 11 Voluntary Petition)(ls) (Entered: 06/09/2005) |
| 06/07/2005 | ●26 | Disclosure of Compensation of Attorney for Debtor (fees paid not listed and all signature are not originals) Filed by John J Brennan III on behalf of Suitland East 2002 Tenants Association Inc. (ls) (Entered: 06/09/2005) |
| 06/07/2005 | ●27 | Motion for Leave to file documents in paper form Filed by Suitland East 2002 Tenants Association, Inc. (Re: Related Documents #:24 Schedules A-J, 25 Statement of Financial Affairs, 26 Disclosure of Compensation of Attorney for Debtor) (ls) (Entered: 06/09/2005) |
| 06/08/2005 | ●23 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:22 Order on Motion to Prohibit Cash Collateral) No. of Notices: 7. Service Date 06/08/2005. (Admin.) (Entered: 06/09/2005) |
| 06/10/2005 | ●28 | Notice to Party Filing Deficient Pleading(s)/Document(s) (Re: Related Document(s) #:27 Motion for Leave); Deficient Pleading(s)/Document(s) due by 6/17/2005. (ls) (Entered: 06/10/2005) |
| 06/10/2005 | ●29 | Notice to Party Filing Deficient Pleading(s)/Document(s). (Re: Related Document(s) #:24 Schedules A-J, 25 Statement of Financial Affairs) Deficient Pleading (s)/Document(s) due by 6/17/2005; Documents are not signed. (ls) (Entered: 06/10/2005) |
| 06/10/2005 | ●30 | Notice *of Service of Discovery Materials* Filed by Elite Funding Corporation. (Re: Related Document(s) #:14 Motion for Relief From Stay,.) (Stein, Aryeh) (Entered: 06/10/2005) |
| 06/14/2005 | ●31 | Objections and Opposition Filed by Suitland East 2002 Tenants Association, Inc. (Re: Related Document #:14 |

|  |  | Motion for Relief From Stay) (ls) (Entered: 06/16/2005) |
|---|---|---|
| 06/17/2005 | ◉37 | Declaration Concerning Schedules Filed by Suitland East 2002 Tenants Association, Inc. (Re: Related Document #:24 Schedules A-J) (ls) (Entered: 06/23/2005) |
| 06/17/2005 | ◉38 | Amended Financial Affairs (to include signatures) Filed by Suitland East 2002 Tenants Association, Inc.(Re: Related Document #:25 Statement of Financial Affairs) (ls) (Entered: 06/23/2005) |
| 06/17/2005 | ◉39 | PROPOSED ORDER Filed by Suitland East 2002 Tenants Association, Inc. (Re: Related Document #:27 Motion for Leave) (ls) (Entered: 06/23/2005) |
| 06/20/2005 | ◉32 | Motion to Appear Pro Hac Vice *(Gary S. Posner)* Filed by Elite Funding Corporation (Attachments: # 1 Proposed Order) (Stein, Aryeh) (Entered: 06/20/2005) |
| 06/22/2005 | ◉33 | Order to Amend Attorney Fee Disclosure (Related Document(s) #:26 Disclosure of Compensation of Attorney for Debtor.) Order entered on 6/22/2005. Compliance due 7/2/2005. (tg) (Entered: 06/22/2005) |
| 06/22/2005 | ◉34 | Motion For Sanctions / *Motion in Limine* Filed by Elite Funding Corporation (Attachments: # 1 Proposed Order) (Stein, Aryeh) (Entered: 06/22/2005) |
| 06/22/2005 | ◉35 | Motion to Convert Case to Chapter 7. Fee Amount $15 Filed by Elite Funding Corporation (Attachments: # 1 Proposed Order) (Stein, Aryeh) (Entered: 06/22/2005) |
| 06/23/2005 |  | Document Transmitted to Chambers (Re: Related Document(s) #:35 Motion to Convert Case to Chapter 7, 34 Motion for Sanctions) For review. (tg) (Entered: 06/23/2005) |
| 06/23/2005 | ◉36 | Order Granting Motion For Admission Pro Hac Vice (Related Document #: 32) Entered on 6/23/2005. Gary S. Posner Admitted Pro Hac Vice. (tg) (Entered: 06/23/2005) |
| 06/23/2005 |  | Attorney Gary S. Posner for Elite Funding Corporation |

| | | |
|---|---|---|
| | | added to case as co-counsel Pro Hac Vice. (tg) (Entered: 06/23/2005) |
| 06/23/2005 | | Deadlines Terminated regarding Declaration for Schedules. (ls) (Entered: 06/23/2005) |
| 06/23/2005 | | Deadlines Terminated regarding unsigned Financial Affairs declaration. (ls) (Entered: 06/23/2005) |
| 06/23/2005 | | Deadlines Terminated; proposed order filed regarding leave to file paper docs; See De#39 (ls) (Entered: 06/23/2005) |
| 06/23/2005 | 🔵 | Hearing Continued (Re: Related Document(s) #:14 Motion for Relief From Stay, ) Hearing scheduled for 6/24/2005 at 10:00 AM Courtroom 24. (sm) (Entered: 06/24/2005) |
| 06/24/2005 | 🔵40 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:33 Order Directing Compliance) No. of Notices: 2. Service Date 06/24/2005. (Admin.) (Entered: 06/25/2005) |
| 06/24/2005 | 🔵42 | Hearing Continued (Re: Related Document(s) #:14 Motion for Relief From Stay filed by Elite Funding Corp. ) Hearing scheduled for 7/1/2005 at 10:30 AM Courtroom 24. (sm) (Entered: 06/27/2005) |
| 06/25/2005 | 🔵41 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:36 Order on Motion to Appear Pro Hac Vice) No. of Notices: 2. Service Date 06/25/2005. (Admin.) (Entered: 06/26/2005) |
| 06/27/2005 | 🔵43 | Order Granting Motion for Leave To File Hard Copy (Related Document #: 27) Entered on 6/27/2005. PAPERS SHALL BE FILED ELECTRONICALLY AFTER JULY 8, 2005. (tg) (Entered: 06/27/2005) |
| 06/27/2005 | 🔵44 | Hearing Scheduled (Re: Related Document(s) #:35 Motion to Convert Case to Chapter 7 Filed by Elite Funding) Hearing scheduled for 8/3/2005 at 10:30 AM Courtroom 24. (sm) (Entered: 06/27/2005) |
| 06/27/2005 | 45 | Receipt of Motion to Convert Case to Chapter 7(05-00808) |



| | | |
|---|---|---|
| | | [motion,mcnv7] ( 15.00) Filing Fee. Receipt number271911. Fee Amount 15.00 (U.S. Treasury) (Entered: 06/27/2005) |
| 06/28/2005 | ⊜ | ELECTRONIC DEFICIENCY NOTICE. Filer is hereby notified that the document entry linked hereto contains an error which requires corrective action. THE RELATED PLEADING REQUIRES A 20 DAY NOTICE OF OPPORTUNITY TO OBJECT SENT TO ALL PARTIES IN THE CASE; INCLUDING CREDITORS, AND A NOTICE THAT A HEARING ON THE MOTION, UNLESS GRANTED EARLIER, WILL BE HELD ON JULY 27, 2005 AT 10:30 A.M. (Re: Related Document(s) #:35 Motion to Convert Case to Chapter 7) YOU HAVE UNTIL 7/1/2005 TO CORRECT THIS DEFICIENCY. IF YOU FAIL TO DO SO, THE SUBMISSION MAY BE STRICKEN. (tg) (Entered: 06/28/2005) |
| 06/28/2005 | ⊜46 | Notice of Opportunity to Object *to Motion to Convert Chapter 11 Case to Chapter 7* Filed by Elite Funding Corporation. (Re: Related Document(s) #:35 Motion to Convert Case to Chapter 7.) Objections due by 7/18/2005 for 35,. (Stein, Aryeh) (Entered: 06/28/2005) |
| 06/29/2005 | ⊜ | ELECTRONIC DEFICIENCY NOTICE. Filer is hereby notified that the document entry linked hereto contains an error which requires corrective action. THE NOTICE OF OPPORTUNITY TO OBJECT INCLUDES THE NOTICE OF HEARING. PLEASE FILE THE NOTICE OF HEARING SEPARATE FROM THE NOTICE OF OPPORTUNITY TO OBJECT. (Re: Related Document(s) #:46 Notice of Opportunity to Object (20 Days), Notice of Opportunity to Object (20 Days)) YOU HAVE UNTIL 7/4/2005 TO CORRECT THIS DEFICIENCY. IF YOU FAIL TO DO SO, THE SUBMISSION MAY BE STRICKEN. (tg) (Entered: 06/29/2005) |
| 06/29/2005 | ⊜47 | First Meeting of Creditors Chapter 11 341(a) meeting to be held on 7/21/2005 at 11:00 AM U.S. Trustee's Meeting Room. Proofs of Claim due by 10/19/2005. (pm) (Entered: 06/29/2005) |
| | | |

| 06/29/2005 | ●48 | BNC Certificate of Mailing - Hearing. (Re: Related Document(s) #:44 Hearing Scheduled) No. of Notices: 6. Service Date 06/29/2005. (Admin.) (Entered: 06/30/2005) |
| --- | --- | --- |
| 06/29/2005 | ●49 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:43 Order on Motion for Leave) No. of Notices: 1. Service Date 06/29/2005. (Admin.) (Entered: 06/30/2005) |
| 06/30/2005 | ●50 | Brief *in Support of Motion for Relief From Automatic Stay* Filed by Elite Funding Corporation. (Re: Related Document(s) #:14 Motion for Relief From Stay,.) (Attachments: # 1 Exhibit One)(Stein, Aryeh) (Entered: 06/30/2005) |
| 07/01/2005 | ●51 | BNC Certificate of Mailing - First Meeting of Creditors. (Re: Related Document(s) #:47 First Meeting of Creditors Chapter 11) No. of Notices: 15. Service Date 07/01/2005. (Admin.) (Entered: 07/02/2005) |
| 07/01/2005 | ●52 | Amended Disclosure of Compensation Filed by Suitland East 2002 Tenants Association, Inc. (Re: Related Document #:26 Disclosure of Compensation of Attorney for Debtor) (ls) (Entered: 07/05/2005) |
| 07/01/2005 | ●55 | Hearing Held RE: 14 Motion for Relief From Stay Filed by Elite Funding Corporation. (sm) (Entered: 07/06/2005) |
| 07/05/2005 | | Deadlines Terminated regarding Fee Disclosure; See DE#52. (ls) (Entered: 07/05/2005) |
| 07/05/2005 | ●53 | Order Granting Motion for Relief From Stay (Related Doc # 14) Entered on 7/5/2005. THIS ORDER IS STAYED FOR 10 DAYS AFTER ENTRY PURSUANT TO RULE 4001 (a)(3). (tg) (Entered: 07/05/2005) |
| 07/05/2005 | ●54 | Order Dismissing Motion in Limine (Related Document #:34) Entered on 7/5/2005. (tg) (Entered: 07/05/2005) |
| 07/05/2005 | ●56 | Opposition Filed by Suitland East 2002 Tenants Association, Inc. (Re: Related Document(s) #:35 Motion to Convert Case to Chapter 7.) (ls) (Entered: 07/07/2005) |

| | | |
|---|---|---|
| 07/06/2005 | | Deadlines Terminated for DE#35 and 46; Notices of Hearing and Opportunity to Respond have been filed and hearing has been set. (ls) (Entered: 07/06/2005) |
| 07/07/2005 | ❀57 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:53 Order on Motion for Relief) No. of Notices: 8. Service Date 07/07/2005. (Admin.) (Entered: 07/08/2005) |
| 07/07/2005 | ❀58 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:54 Order on Motion For Sanctions) No. of Notices: 8. Service Date 07/07/2005. (Admin.) (Entered: 07/08/2005) |
| 07/14/2005 | ❀59 | Emergency Motion to Shorten Time Period *for Debtor to Respond to Discovery Requests of Elite Funding Corporation.* Filed by Elite Funding Corporation (Attachments: # 1 Proposed Order) (Stein, Aryeh) (Entered: 07/14/2005) |
| 07/15/2005 | ❀60 | Notice of Appeal . Fee Amount $255 Filed by Suitland East 2002 Tenants Association, Inc. (Re: Related Document(s) #:53 Order on Motion for Relief.) Appellant Designation due by 7/25/2005. (tg) (Entered: 07/19/2005) |
| 07/18/2005 | ❀ | ELECTRONIC DEFICIENCY NOTICE. Filer is hereby notified that the document entry linked hereto contains an error which requires corrective action. THE PROPOSED ORDER WAS NOT UPLOADED. PLEASE CLICK ON THE BANKRUPTCY MENU THEN CLICK ON ORDER UPLOAD AND PROCEED TO UPLOAD YOUR PROPOSED ORDER. (Re: Related Document(s) #:59 Motion to Extend/Shorten Time) YOU HAVE UNTIL TO CORRECT THIS DEFICIENCY. IF YOU FAIL TO DO SO, THE SUBMISSION MAY BE STRICKEN. (tg) (Entered: 07/18/2005) |
| 07/19/2005 | ❀61 | Notice to Party Filing Deficient Pleading(s)/Document(s). (Re: Related Document(s) #:60 Notice of Appeal). A Motion and Proposed Order Seeking Leave to File in Paper Was Not Filed. Deficient Pleading(s)/Document(s) due by 7/26/2005. (tg) (Entered: 07/19/2005) |

| 07/19/2005 | ☜62 | Certificate of Service of Deficiency Notice. (Re: Related Document(s) #:61 Notice to Party Filing Deficient Pleading (s)/Document(s).) (tg) (Entered: 07/19/2005) |
| 07/21/2005 |  | Deadlines Terminated. A proposed order was filed in compliance with a deficiency notice. (tg) (Entered: 07/21/2005) |
| 07/25/2005 | ☜63 | Notice *of Service of Discovery Materials* Filed by Elite Funding Corporation. (Re: Related Document(s) #:35 Motion to Convert Case to Chapter 7, 56 Opposition.) (Stein, Aryeh) (Entered: 07/25/2005) |
| 07/25/2005 | ☜64 | Notice *of Service of Discovery Materials (Interrogatories and Request for Production of Documents)* Filed by Elite Funding Corporation. (Re: Related Document(s) #:35 Motion to Convert Case to Chapter 7, 56 Opposition.) (Stein, Aryeh) (Entered: 07/25/2005) |
| 07/25/2005 | ☜65 | Appellant Designation of Contents For Inclusion in Record On Appeal Filed by Suitland East 2002 Tenants Association, Inc. (Re: Related Document(s) #:60 Notice of Appeal.) Appellee designation due by 8/4/2005. Transmission of Designation Due by 8/24/2005. (ls) (Entered: 07/27/2005) |
| 07/25/2005 | ☜66 | Motion for Leave to file paper documents Filed by Suitland East 2002 Tenants Association, Inc. (Re: Related Document (s) #:65 Appellant Designation) (ls) (Entered: 07/27/2005) |
| 07/26/2005 | ☜68 | Motion for Leave to file paper documents Filed by Suitland East 2002 Tenants Association, Inc. (Re: Related Document (s) #:60 Notice of Appeal.) (Attachments: # 1 Proposed Order) (ls) (Entered: 07/27/2005) |
| 07/26/2005 | ☜73 | Transcript Hearing Held 7/26/05. A Full Copy of the Transcript May be Viewed in the Clerk's Office. (sm) (Entered: 08/03/2005) |
| 07/26/2005 | ☜74 | Transcript of Hearing Held 6/23/05. A Full Copy of the Transcript May Be Viewed in the Clerk's Office. (sm) (Entered: 08/03/2005) |

| 07/26/2005 | ●75 | Transcript of Hearing Held 7/26/05. A Full Copy of the Transcript May Be Viewed in the Clerk's Office. (sm) (Entered: 08/03/2005) |
|---|---|---|
| 07/27/2005 | ●67 | Order Granting Emergency Motion to Shorten Time for Debtor to Respond to Discovery Requests of Elite Funding Corporation (Related Document #: 59) Entered on 7/27/2005. (tg) (Entered: 07/27/2005) |
| 07/27/2005 | | Deadlines Terminated regarding Deficiency for DE#60 Paper Document; Motion for Leave filed. (ls) (Entered: 07/27/2005) |
| 07/27/2005 | ●69 | PROPOSED ORDER Filed by Suitland East 2002 Tenants Association, Inc. . (Re: Related Document(s) #:66 Motion for Leave to File Paper Documents) (ls) (Entered: 07/27/2005) |
| 07/29/2005 | ●70 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:67 Order on Motion to Extend Time) No. of Notices: 5. Service Date 07/29/2005. (Admin.) (Entered: 07/30/2005) |
| 08/02/2005 | ●71 | Order Granting Motion for Leave re Notice of Appeal (Related Document #: 68) Entered on 8/2/2005. (tg) (Entered: 08/02/2005) |
| 08/02/2005 | ●72 | Order Granting Motion for Leave re Statement of Issues (Related Document #: 66) Entered on 8/2/2005. (tg) (Entered: 08/02/2005) |
| 08/03/2005 | ●76 | Hearing Continued (Re: Related Document(s) #:35 Motion to Convert Case to Chapter 7 Filed by Elite Funding Corp) Hearing scheduled for 9/6/2005 at 10:30 AM Courtroom 24. (sm) (Entered: 08/04/2005) |
| 08/04/2005 | ●77 | Appellee Designation of Contents for Inclusion in Record of Appeal Filed by Elite Funding Corporation (Re: Related Document(s) #:60 Notice of Appeal.) (Stein, Aryeh) (Entered: 08/04/2005) |
| 08/04/2005 | ●78 | BNC Certificate of Mailing - PDF Document. (Re: Related |

| | | Document(s) #:71 Order on Motion for Leave) No. of Notices: 1. Service Date 08/04/2005. (Admin.) (Entered: 08/05/2005) |
|---|---|---|
| 08/04/2005 | ⊛79 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:72 Order on Motion for Leave) No. of Notices: 1. Service Date 08/04/2005. (Admin.) (Entered: 08/05/2005) |
| 08/19/2005 | ⊛80 | 434 (Injunctive Relief): Complaint by Elite Funding Corporation against Suitland East 2002 Tenants Association, Inc.. Fee Amount $150 (Attachments: # 1 Complaint# 2 Exhibit # 3 Exhibit Agreement Continued# 4 Exhibit Agreement Continued# 5 Exhibit Agreement Continued# 6 Verified Statement) (Nesse, Janet) (Entered: 08/19/2005) |
| 08/19/2005 | ⊛81 | Motion for Temporary Restraining Order *And Motion for Preliminary Injuction* Filed by Suitland East 2002 Tenants Association, Inc. (Attachments: # 1 Exhibit Settlement Agreement# 2 Settlement Agreement Continued# 3 Settlement Agreement Continued# 4 Settlement Agreement Continued) (Nesse, Janet) (Entered: 08/19/2005) |
| 08/19/2005 | ⊛82 | Support Document Re: *Proposed Order for DE: 81* Filed by Suitland East 2002 Tenants Association, Inc.. (Re: Related Document(s) #:81 Motion for Temporary Restraining Order,.) (Nesse, Janet) (Entered: 08/19/2005) |
| 08/19/2005 | ⊛83 | Application to Employ Stinson Morrison Hecker LLP as Special Counsel for the Debtor In Possession Filed by Suitland East 2002 Tenants Association, Inc. (Attachments: # 1 Verified Statement# 2 Proposed Order) (Nesse, Janet) (Entered: 08/19/2005) |
| 08/19/2005 | ⊛84 | Notice of Appearance and Request to Add Attorney Janet M. Nesse and Janet M. Nesse for Suitland East 2002 Tenants Association, Inc. Filed by Suitland East 2002 Tenants Association, Inc. (Nesse, Janet) (Entered: 08/19/2005) |
| 08/19/2005 | ⊛85 | Motion To Stay Pending Appeal Filed by Suitland East |

| | | |
|---|---|---|
| | | 2002 Tenants Association, Inc. (Attachments: # 1 Proposed Order) (Nesse, Janet) (Entered: 08/19/2005) |
| 08/19/2005 | ⬤86 | Notice of Hearing Scheduled for 08/22/05. Filed by Suitland East 2002 Tenants Association, Inc.. (Re: Related Document(s) #:85 Motion To Stay Pending Appeal, 81 Motion for Temporary Restraining Order,.) (Nesse, Janet) (Entered: 08/19/2005) |
| 08/22/2005 | ⬤ | Hearing Scheduled (Re: Related Document(s) #:81 Motion for Temporary Restraining Order, 85 Motion To Stay Pending Appeal) Hearing scheduled for 8/22/2005 at 02:00 PM Courtroom 24. (tg) (Entered: 08/22/2005) |
| 08/22/2005 | ⬤87 | Motion to Appear Pro Hac Vice *(Martin T. Fletcher)* Filed by Elite Funding Corporation (Attachments: # 1 Proposed Order) (Stein, Aryeh) (Entered: 08/22/2005) |
| 08/22/2005 | ⬤88 | Amended Application/Motion *For Temporary Restraining Order and Preliminary Injunction* Filed by Suitland East 2002 Tenants Association, Inc. (Re: Related Document(s) #:81 Motion for Temporary Restraining Order,.) (Attachments: # 1 Exhibit A# 2 Exhibit A-Continued# 3 Exhibit A-Continued# 4 Exhibit A-Continued# 5 Proposed Order) (Block, Lawrence) (Entered: 08/22/2005) |
| 08/22/2005 | ⬤89 | Motion to Approve *Filing of Amended Motion for Temporary Restraining Order and Preliminary Injunction* Filed by Suitland East 2002 Tenants Association, Inc. (Re: Related Document(s) #:88 Amended Application/Motion,.) (Attachments: # 1 Proposed Order) (Block, Lawrence) (Entered: 08/22/2005) |
| 08/22/2005 | ⬤90 | Opposition *to Motion for Temporary Restraining Order* Filed by Elite Funding Corporation (Re: Related Document (s) #:81 Motion for Temporary Restraining Order,.) (Attachments: # 1 Proposed Order) (Stein, Aryeh) (Entered: 08/22/2005) |
| 08/22/2005 | ⬤91 | Opposition *to Motion to Stay Pending Appeal* Filed by Elite Funding Corporation (Re: Related Document(s) #:85 Motion To Stay Pending Appeal.) (Attachments: # 1 |

| | | Proposed Order) (Stein, Aryeh) (Entered: 08/22/2005) |
|---|---|---|
| 08/22/2005 | ●92 | Amended Notice *Entering Appearance of Special Co-Counsel for the Debtor* Filed by Suitland East 2002 Tenants Association, Inc.. (Re: Related Document(s) #:84 Notice of Appearance and Request to Add Attorney.) (Block, Lawrence) (Entered: 08/22/2005) |
| 08/22/2005 | ●93 | Emergency Motion For Sanctions *(Emergency Motion in Limine)* Filed by Elite Funding Corporation (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Proposed Order) (Stein, Aryeh) (Entered: 08/22/2005) |
| 08/22/2005 | ●100 | Hearing Held (Re: Related Document(s) #:85 Motion To Stay Pending Appeal) (sm) (Entered: 08/30/2005) |
| 08/23/2005 | ●94 | Order Granting Motion To Appear Pro Hac Vice (Martin T. Fletcher) Related Document #: 87; Entered on 8/23/2005. (ls) (Entered: 08/23/2005) |
| 08/23/2005 | | Attorney Martin T. Fletcher for Elite Funding Corporation added to case as Co-counsel. (ls) (Entered: 08/23/2005) |
| 08/25/2005 | ●95 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:94 Order on Motion to Appear Pro Hac Vice) No. of Notices: 2. Service Date 08/25/2005. (Admin.) (Entered: 08/26/2005) |
| 08/29/2005 | ●96 | Request to Withdraw Document Filed by Suitland East 2002 Tenants Association, Inc.. (Re: Related Document(s) #:84 Notice of Appearance and Request to Add Attorney,, 81 Motion for Temporary Restraining Order,, 82 Support Document.) (Block, Lawrence) (Entered: 08/29/2005) |
| 08/29/2005 | ●97 | Request to Withdraw Document Filed by Suitland East 2002 Tenants Association, Inc.. (Re: Related Document(s) #:83 Application to Employ.) (Block, Lawrence) (Entered: 08/29/2005) |
| 08/29/2005 | ●99 | Transcript of Hearing Held 7/1/05. A Full Copy of the Transcript May Be Viewed in the Clerk's Office. (sm) (Entered: 08/30/2005) |

| 08/30/2005 | | Documents Terminated; Withdrawn by DE#96. (ls) (Entered: 08/30/2005) |
|---|---|---|
| 08/30/2005 | ⊚ | ELECTRONIC DEFICIENCY NOTICE. Filer is hereby notified that the document entry linked hereto contains an error which requires corrective action. THESE Documents are related to the Adversary Proceeding Case; Please file a "Request to Withdraw" these documents and File them in the appropriate Adversary Case, if not yet done (Re: Related Documents #:88 Amended Motion, 89 Motion to Approve). YOU HAVE UNTIL 9/2/2005 TO CORRECT THIS DEFICIENCY. IF YOU FAIL TO DO SO, THE SUBMISSION MAY BE STRICKEN. (ls) (Entered: 08/30/2005) |
| 08/30/2005 | | Documents Terminated RE DE#83; Withdrawn; See DE#97. (ls) (Entered: 08/30/2005) |
| 08/30/2005 | ⊚ | ELECTRONIC DEFICIENCY NOTICE. Filer is hereby notified that the document entry linked hereto contains an error which requires corrective action. THE Pleading is related to the Adversary Case (Re: Related Document(s) #:93 Motion for Sanctions). Please file a "Request to withdraw" this document and re-file it in the appropriate Adversary, if not already done. YOU HAVE UNTIL 9/2/2005 TO CORRECT THIS DEFICIENCY. IF YOU FAIL TO DO SO, THE SUBMISSION MAY BE STRICKEN. (ls) (Entered: 08/30/2005) |
| 08/30/2005 | ⊚98 | Request to Withdraw Document Filed by Suitland East 2002 Tenants Association, Inc.. (Re: Related Document(s) #:88 Amended Application/Motion,, 89 Motion to Approve,.) (Block, Lawrence) (Entered: 08/30/2005) |
| 08/30/2005 | | Deadlines Terminated RE EDN for DE# 88 and DE#89; withdrawn. (ls) (Entered: 08/30/2005) |
| 08/30/2005 | | Documents Terminated RE DE#88 and 89; withdrawn. (ls) (Entered: 08/30/2005) |
| 09/01/2005 | ⊚101 | Response *of the United States Trustee to Motion of Elite Funding Corporation to Convert Chapter 11 Case to* |

| | | |
|---|---|---|
| | | *Chapter 7* Filed by U. S. Trustee for Region Four (Re: Related Document(s) #:35 Motion to Convert Case to Chapter 7.) (xDavis2, Martha) (Entered: 09/01/2005) |
| 09/05/2005 | 102 | Reply *of Elite Funding Corporation to Response of United States Trustee to Motion to Convert Chapter 11 Case to Chapter 7* Filed by Elite Funding Corporation (Re: Related Document(s) #:101 Response,.) (Stein, Aryeh) (Entered: 09/05/2005) |
| 09/06/2005 | 103 | PROPOSED ORDER. *for United States Trustee Response to Motion to Convert Filed by Elite Funding Corporation* Filed by U. S. Trustee for Region Four. (Re: Related Document(s) #:101 Response,.) (xDavis1, Martha) (Entered: 09/06/2005) |
| 09/06/2005 | 104 | Hearing Held (Re: Related Document(s) #:35 Motion to Convert Case to Chapter 7) Case Dismissed (sm) (Entered: 09/06/2005) |
| 09/07/2005 | 105 | Order Denying Motion to Convert Entered on 9/7/2005. (tg) (Entered: 09/07/2005) |
| 09/07/2005 | 106 | Order of Dismissal. Order entered on 9/7/2005. (tg) (Entered: 09/07/2005) |
| 09/09/2005 | 107 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:105 Order on Motion to Convert Case to Chapter 7) No. of Notices: 5. Service Date 09/09/2005. (Admin.) (Entered: 09/10/2005) |
| 09/09/2005 | 108 | BNC Certificate of Mailing - Order Re: Dismissal of Case. (Re: Related Document(s) #:106 Order Dismissing Case) No. of Notices: 23. Service Date 09/09/2005. (Admin.) (Entered: 09/10/2005) |
| 09/28/2005 | 109 | Transmittal of Record on Appeal to U.S. District Court (Re: Related Document(s) #:60 Notice of Appeal) (tg) (Entered: 09/28/2005) |

CERTIFIED COPY
CLERK, U. S. BANKRUPTCY COURT

BY: