UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
SUITLAND EAST 2002 TENANTS          )
ASSOCIATION, INC.,                  )
                                    )
           Appellant,               )
                                    )
     v.                             )   Civil Action No. 05-1911 (RBW)
                                    )   Bankruptcy Case No. 05-808
ELITE FUNDING CORPORATION,          )
                                    )
           Appellee.                )
_____)

## ORDER

On September 28, 2005, the appellant filed a Notice of Appeal from the order of the United States Bankruptcy Court of the District of Columbia granting the appellee's Motion for Relief from Automatic Stay. Accordingly, it is, this 29th day of December, 2005, hereby

**ORDERED** that the parties meet and confer for the purposes of the developing a briefing schedule for the disposition of this case. It is further

**ORDERED** that the parties shall, by January 22, 2006, submit a proposed briefing schedule to the Court.

**SO ORDERED.**

JUDGE REGGIE B. WALTON
United States District Judge