UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| SUITLAND EAST 2002 TENANTS ASSOCIATION, INC.,<br><br>*Appellant,*<br><br>v.<br><br>ELITE FUNDING CORPORATION,<br><br>*Appellee.* | Civil Action No. 05-1911 (RBW)<br>Bankruptcy Case No. 05-00808 |

## STIPULATION OF DISMISSAL OF APPEAL

IT IS HEREBY STIPULATED AND AGREED, pursuant to Fed. R. Bankr. P. 8001(c)(2), by and between the undersigned, that the above-captioned appeal shall be dismissed. It is further understood that the appellant will pay any outstanding court costs or fees that may be due.

/s/ Aryeh E. Stein
Aryeh E. Stein, D.C. Bar No. 475591
Whiteford, Taylor & Preston L.L.P.
Seven Saint Paul Street
Suite 1400
Baltimore, Maryland 21202
410-347-8700

Counsel for Appellee

/s/ Robert C. Cooper
Robert Clayton Cooper, Esquire
Jackson & Campbell, P.C.
1120 Twentieth Street, NW
South Tower
Washington, DC 20036-3437
(202) 457-1649

Counsel for Appellant

## **CERTIFICATE OF SERVICE**

I certify that on this 24th day of January, 2006 a copy of the foregoing *Stipulation of Dismissal of Appeal* was sent via first-class mail, postage prepaid, to:

Robert Clayton Cooper, Esquire
Jackson & Campbell, P.C.
1120 Twentieth Street, NW
South Tower
Washington, DC 20036-3437

                                                /s/ Aryeh E. Stein_____
                                                Aryeh E. Stein

*1660570*